# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 13-192 (2) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Ronalda Myra Smith, | |
| Defendant. | |

Before the Court is the October 18, 2013, Report and Recommendation of Magistrate Judge Leo I. Brisbois. No objections have been filed to the Report and Recommendation. Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 70) is **ADOPTED**; and

2. Defendant's Motion to Suppress Statements (Doc. No. 46) is **DENIED**.

Dated: November 19, 2013

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge